NEW CASTLE CORRECTIONAL FACILITY



PAGE 1 of 49

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No.

DEMAJIO JEROME ELLIS

Plaintiff(s)

1:24-cv-515-JPH-TAB

v.

MR. FONSECA
MR. CHAD EVANS
MR. JACK HENDRIX

Defendant(s).

**FILED**

**03/19/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# CIVIL RIGHTS COMPLAINT

## I. PARTIES

1. Plaintiff's Information:

Name and Prisoner Number of Plaintiff: DEMAJIO JEROME Ellis #166596

Present Place of Confinement or Mailing Address:

NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA
47362

PAGE 1 OF 49

DEMAJIO JEROME ELLIS V. MR. FONSECA

**2. Defendant's Information:**                    PAGE 2 of 49

Name of Defendant 1:

MR. FONSECA, CASEWORK MANAGER, 5124 WEST Reformatory Road
CORRECTIONAL Industrial FACILITY, PENDLETON, IN 46064

Name of Defendant 2:

MR. CHAD EVANS, UNIT TEAM MANAGER

Title (If applicable): _____

Address of Defendant: _____

_____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

■ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal

defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388**

**(1971)** (federal defendants)

☐ Other (cite statute, if known) _____

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 3 of ~~~~49

CONTINUED DEFENDANTS

③ MR. JACK HENDRIX, EXECUTIVE DIRECTOR OF CLASSIFICATION, 302 W. WASHINGTON STREET, I.G.C.S. INDIANAPOLIS, INDIANA 46204-2738 .,

4: MS. AAPRIL CLEMONS, UNIT TEAM MANAGER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD, PENDLETON, INDIANA 46064 .,

5: MS. ALISON YANCEY, UNIT TEAM MANAGER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA, 46064 .,

6: MR. LARON BRYANT, CAPTION SUPERVISOR , CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

7: ROBERTA CREAMER, SUPERVISOR, MAYBE CAPTION, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

8: MS. ALAINA HEDGE, CORRECTIONAL OFFICER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 4 OF 49

CONTINUED DEFENDANTS

9: MR. M. PERRY, SERGEANT, CORRECTIONAl INdusTRIAl FACility 5124 W. REFORMATORY ROAd PENdlETON IN 46064

10: MR. PRESTRIEDGE, CORRECTIONAl OFFICER, CORRECTIONAl INdusTRIAl FACility, 5124 W. REFORMATORY ROAd PENdlETON IN 46064

11: MS. WENDY KNIGHT, WARDEN, CORRECTIONAl INdusTRIAl FACility 5124 W. REFORMATORY ROAd PENdlETON, IN 46064

12: MR. CHARLIE K FOX, ASSISTANT WARdEN, CORRECTIONAl INdusTRial FACility, 5124 W. REFORMATORY ROAd PENdlETON IN 46064

DEMAJIO JEROME ELLIS V. MR. FONSECA

### IV. CLAIMS

PAGE 5 of ~~49~~

**BRIEFLY** state the background of your case.

PLAINTIFF WAS TRANSFERED DUE TO "RETALIATION"
FROM CORRECTIONAL INDUSTRIAL FACILITY TO NEW CASTLE
CORRECTIONAL FACILITY ANNEX O UNIT WHICH IS A
RESTRICTED HOUSING UNIT. BUT DURING PLAINTIFF
STAY WHILE AT CIF FACILITY PLAINTIFF WAS ALSO
BEING "RETALIATED" ON BY STAFFING MEMBERS

~~Claim~~ I: (Include all facts you consider important, including names of persons involved, places,
and dates. Describe exactly how each defendant is involved. State the facts clearly in your own
words without citing legal authority or argument.)



SEE ATTACHMENTS

~~Claim~~ I:                    SEE ATTACHMENTS

PAGE 6 OF
~~PAGE~~

DEMAJIO JEROME ELLIS V. MR. FONSECA

~~Claim III~~: _____

PAGE 6 of 49

_____

_____

_____

_____

_____

_____

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ___ Yes ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

PAGE 7 of

DEMAJIO JEROME ELLIS V. MR. FONSECA

IV. CLAIMS    PAGE 7 OF 49

CONTINUED *BRIEFLY* STATE THE BACKGROUND
OF YOUR CASE

BECAUSE PLAINTIFF WAS FILING "lAW-SUITS"
AND "GRIEVANCES" ON CORRECTIONAL
OFFICERS, STAFF, NURSE'S, MEDICAL,
CONDITIONS, AND MORE. STAFF WERE
AlSO DENYING PLAINTIFF PROTECTIVE
CUSTODY, WRITEING FAlSE CONDUCT
REPORTS, TELLING OTHER INMATES AND
STAFF THAT I AM A SNITCH AND
RAT. AND THAT I FILE GRIEVANCES
AND lAW-SUITS ON EVERYONE. AND I
WAS TARGETED AND THREATEND. AND
ASSAULTED. AND FIGHTING OVER BEING
RETAlIATED ON BY INDIANA DEPARTMENT
OF CORRECTIONAl STAFF THEY All KNOWINGLY
AND ~~DELIBERATELY~~ INTENTIONALLY CAUSED
AND AllOWED ME TO CONTINUESLY TO
BE RETAlIATED UPON BY STAFF AND
INMATES WHIlE At CORRECTIONAl
INDUSTRIAl FACILITY FROM JulY-2022
TO AUGUST-21-2023 ~~████~~ TIll
~~████~~ HERE TO NEW CASTlE
ANNEX O UNIT. STAFF, AND,

DEMAJIO JEROME ELLIS V MR. FONSECA

CONTINUED. BRIEFLY PAGE 8 OF 49 STATE THE BACKGROUND OF YOUR CASE.

THE IDOC HAS "CONTINUED" TO "RETAILIATE" ON ME BY HOUSEING ME IN A RESTRICTED UNIT CAUSEING ME ATYPICAl AND SIGNIFICANT HARDSHIP ON THE INMATE IN RELATION TO THE ORdINARY INCidents OF PRISON life, INCLUDING NOT PROVIDEING ME MEANINGful REVIEWS. ~~[redacted]~~

~~[redacted]~~
~~[redacted]~~
~~[redacted]~~
~~[redacted]~~
~~[redacted]~~
~~[redacted]~~
~~[redacted]~~

NOT ALLOWED ME CONTACT VISITS; NOT ALLOWED ME TIMELY ACCESS TO AdEQUATE MEdicAl CARE., NOT ALLOWED ME ACCESS TO EdUCATION; TUTORS; ~~[redacted]~~ limiTEd TO NO PROGRAMING;, limiTED TO Full RECREATION ACTIVITIES ., NOT ALLOWED TO EAT IN A DINING HAll ., NOT ALLOWED ME MY FAN, NOT ALLOWED ME TO ORdER BOOTS .,

DEMAJIO JEROME ELLIS V. MR, FONSECA

PAGE 9 OF 49

CONTINUED BRIEFLY STATE THE BACKGROUND
OF YOUR CASE

FORCED ME TO ONLY ORDER SHOES
EVERY 6 MONTHS, CASE MANAGERS
AND OUNIT TEAM MANAGERS WERE
NOT COMING ON THE UNITS TO TALK TO
ME NOR RESPONDING TO MY
REQUEST FOR INTERVIEW BUT MAYBE
ONCE OR MORE. CONFINED TO MY CELL
22 HOURS OUT THE DAY.

NOR COULD I SHOWER AT
THE NCCF ANNEX O UNIT
IN PRIVACY THE SHOWERS WERE
AII SEE THROUGH GATES WHERE AII
INMATES AND STAFF AND NURSES CAN
WATCH MY NAKET BODY INCLUDING
SEXUAL HARRASSMENT BY OTHERS

NOR BEFOR I TRANSFERED FROM CORRECTIONAI
INDUSTRIAI FACILITY NOBODY TOLD ME
THAT I WAS COMING TO NEW CASTLE
ANNEX O-UNIT, OR ANY PROGRAM
NOR TOLD ME HOW I CAN CHALLENGE
MY CLASSIFICATION OR WHAT TO DO HERE.

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 10 OF 49

~~CLAIM~~ I: INCLUDE All FACTS YOU CONSIDER IMPORTANT, INCLUDING NAMES OF PERSONS INVOLVED, PLACES, AND DATES. DESCRIBE EXACTLY HOW EACH DEFENDANT IS INVOLVED. STATE THE FACTS CLEARLY IN YOUR OWN WORDS WITHOUT CITING legal AUTHORITY OR ARGUMENT). <u>STATEMENT OF CLAIM</u>

FROM THE TIME PERIOD OF APPROX JULY. 2022 WHEN I GOT TO CORRECTIONAL INDUSTRIAL FACILITY TILL AUGUST. 21. 2023 WHEN I GOT TRANSFERED TO NEW CASTLE CORRECTIONAL FACILITY ANNEX O UNIT. AND SINCE THEN. I WAS CONTINUESLY AND CONTINUED TO BE "RETALIATED" ON BY STAFF WITHIN THE IDOC. ~~...~~ AND THEY HAVE KNOWINGLY AND INTENTIONALY DONE, AllOWED, CAUSED, AND TURNED A BlIND EYE KNOWN AND SHOULD HAVE KNOWN, AND THEY DID NOT DO ANY PROPER CLASSIFICATION HEARINGS, NOTIFICATIONS, OR TRANSFER, OR HOUSING, MEANINGful REVIEWS, AND OTHER ISSUES,

DEMAJIO JEROME ELLIS V MR. FONSECA

PAGE 11 OF ~~50~~ 49

CONTINUED STATEMENT OF CLAIM

WHILE AT CORRECTIONAL INDUSTRIAL FACILITY
~~IN OF ~~ ~~AUG~~ ~~~~~~
~~IN TRANSFER IN~~

IN APPROX AUGUST 2023 AND BEFOR
AUGUST-2023 DEFENDANTS MR. FONSECA,
MR. CHAD EVANS, MR. JACK HENDRIX,
MS. CLEMONS, MS. YANCEY, WENDY KNIGHT, CHARLIE FOX AND OTHERS NOT
YET KNOWN THEY ALL KNOWINGLY AND
INTENTIONALY "RETAILIATED" ON ME FOR
FILING GRIEVANCES, AND CIVIL LAWSUITS
AND THEY TRANSFERED ME TO HERE
NEW CASTLE CORRECTIONAL FACILITY ANNEX
O-UNIT THEY ACTIONS AND INACTION
CAUSED, APPROVED, ALLOWED, TURNED A BLIND
EYE TO MY RIGHTS. THEY DID NOT TELL
ME THAT I WAS TRANSFERING TO NEW CASTLE
CORRECTIONAL FACILITY STAND UNIT O UNIT
OR ANY STAND PROGRAM, THEY DID NOT
TELL ME IF I COULD CHALLANGE THEIR
DECISION, OR HOW TO APPEAL THEIR DECISION

MR. FONSECA TOLD ME WHEN HE HAD ME
SIGN A PAPER THAT "THIS IS WHAT I
GET FOR GRIEVEING AND SUEING EVERYBODY."

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 12 OF ~~50~~ 49

CONTINUED STATEMENT OF CLAIM

THEY ALL CAUSED ME UNNESSARLY,
NEEDLESS, WANTON, MENTAL AND PHYSICALY
PAIN AND SUFFERING, EMOTIONAL DISTRESS,
MENTAL ANGUISH, EXTREME ANXIETY, PTSD,
STRESS, DEPRESSION, WORSENING MENTAL AND
PHYSICAL CONDITION, INTENTIONAL EMOTIONAL DISTRESS

I PLAINTIFF DO HEREBY DECLARE AND SWEAR
UNDER THE PENALTY OF PERJORY THAT
THE FOREGOING IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE
AND IM COMPETENT TO TESTIFY

DEMAJIO JEROME Ellis      PRO-SE
MARCH - 7 - 2023

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 13 OF 49

CONTINUED STATEMENT OF CLAIM

WHILE AT CORRECTIONAL INDUSTRIAL FACILITY
ON MAY-23-2023 AROUND DINNER
APPROX 5:00 PM DEFENDANTS MR. CAPTION
LARON BRYANT, AND ROBERTA CREAMER
RETALIATED ON ME FOR FILING
GRIEVANCES, AND LAW-SUITS ON THEIR
STAFF AND THEY DID SO KNOWINGLY
AND INTENTIONALY. AND THEY DENIED
ME PROTECTED CUSTODY. EVEN AFTER
THEY READ MY PC FORM AND KNEW THE
FACTS THAT MY HEALTH AND SAFETY WAS
AT RISK AND DANGER. I TOLD THEM
THAT I CANNOT GO BACK TO C-POD
2-4 SIDE ASWELL AS TO THE
SAME CELL BECAUSE I WAS BEING
THREATEND, THAT I WAS GOING TO GET
STABBED, KILLED, JUMPED, AND BEAT UP
IF I COME BACK TO GENERAL POPULATION
AND INMATES HAS BEEN CALLING ME A
SNITCH, POLICE RAT.
DEFENDANTS LARON BRYANT, AND
ROBERTA CREAMER "BOTH SAID"

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 14 OF 49

CONTINUED STATEMENT OF CLAIM

SINCE I FILE GRIEVANCES AND
lAW-SUITS ON THEIR STAFF IM
NOT GETTING PROTECTED CUSTODY
SO GO BACK OUT THERE.
SO WHilE I WAS GETTING ESCORTED
BACK TO 2-4 SiDE OF C-UNIT
OTHER C-UNIT INMATES WERE EXITING
C-UNIT GOing TO "CHOW" DiNING HAll
FOR DINNER INMATES STARTED TO
THREATEND My life, HEAITH, AND SAFETY
I THEN STOPED AND Told THE OFFICER
ESCORTING ME THAT IM NOT GOing
BACK TO C-UNIT AND I NEED TO BE
Placed ON PROTECTED CUSTODY I WAS
THEN Told BY THE ESCORTING OFFICER
IF I REFUSE TO GO BACK TO C-UNIT
THAT HE WAS WRITEING ME UP FOR
DISORDERLY CONDUCT AND IM GOING
TO SEGREGATION I WAS THEN
TAKEN TO SEGREGATION A-UNIT
2-4 SIDE

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 15 OF 49

CONTINUED STATEMENT OF CLAIM

DAYS BEFOR THE MAY-23-2023 INCIDENT OF "RETALIATION" AND THE DENYING OF MY PROTECTED CUSTODY REQUEST.

ON APPROX MAY-19-2023 I WAS HOUSED IN C-UNIT 2-4 SIDE WERE I BELIEVE I WAS "POISONED" BY INMATES OR STAFF AND I WAS VOMITING AND HAVING CHEST PAINS AND BREATHING ISSUES INCLUDING INMATES THREATING MY LIFE, HEALTH AND SAFETY AND TELLING ME THAT I GOTA GO AND CANT COME BACK I WAS THEN ESCORTED FROM C-UNIT-2-4 SIDE TO MEDICAL TILL MAY-23-2023

THATS WHEN ON LEAVEING MEDICAL MAY-23-2023 I WAS TOLD THAT I WAS GOING BACK TO C-UNIT 2-4 SIDE BUT I REQUESTED PROTECTED CUSTODY BUT BOTH DEFENDANTS. LARON BRYANT, AND ROBERTA CREAMER KNOWINGLY AND INTENTIONALY RETALIATED ON

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 16 OF 49

CONTINUED STATEMENT OF CLAIM

ME BY DENYING ME ACCESS TO PROTECTIVE CUSTODY FOR FILING GRIEVANCES AND LAWSUITS ON THEIR STAFF. RETALIATION.

THEIR ACTIONS AND INACTIONS CAUSED ME UNNESSASARY, NEEDLESS, MENTAL AND PHYSICAL PAIN AND SUFFERING. MENTAL ANGUISH, EMOTIONAL DISTRESS, ANXIETY, STRESS, ANGRY, PANIC ATTACK, CHEST PAINS, FEAR FOR MY HEALTH AND SAFETY, DEPRESSION

~~I CERTIFY THE FORG~~

I PLAINTIFF DO HEREBY DECLARE, AND SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND I AM COMPETENT TO TESTIFY

DEMAJIO JEROME ELLIS
MARCH - 7    - 2024

DEMAJIO JEROME ELLIS V. MR. FONSECA

CONTINUED STATEMENT OF CLAIM PAGE 17 of 49

While AT THE CORRECTIONAL INDUSTRIAL FACILITY ON AUGUST-2-2023 AT APPROX 7:00 PM CAPTION MR. LARON BRYANT KNOWINGLY AND INTENTIONALY "RETALIATED" ON ME AND DENIED ME "PROTECTED CUSTODY". AND SERGEANT MR. PERRY ALSO AND BOTH FAILURE TO PROTECT.

ON AUGUST-2-2023 AT APPROX 4:30 PM While ON A-UNIT 2-4 SIDE I TOLD OFFICERS INCLUDING SERGEANT MR. LAWSON, THAT I NEEDED TO BE PLACED ON PROTECTED CUSTODY BECAUSE INMATES TOLD ME THAT IF I WAS STILL ON THE UNIT AFTER 6:00 PM SHIFT CHANGE WHEN WE COME OUT OF OUR CELL AROUND 7:00 PM I WAS GONE TO GET JUMPED AND STABBED UP. SO I REQUESTED TO BE PLACED ON PROTECTED CUSTODY BECAUSE I WAS IN FEAR FOR MY HEALTH AND SAFETY AND BECAUSE I HAVE BEEN FIGHTING, GETTING JUMPED, HARRASSED FOR MONTHS WHILE AT CORRECTIONAL INDUSTRIAL FACILITY

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 18 OF ~~5~~ 49

CONTINUED STATEMENT OF CLAIM

THEN SERGEANT MR. lawson AND OTHER STAFF ESCORTED ME FROM A-2-4 SIDE OVER TO A-1-3 SIDE INTO A Hold CAGE. THEN SERGEANT MR. LAWSON AND STAFF CALLED CAPTION MR. LARON BRYANT AND MADE HIM AWARE OF THE SITUATION AND THE THREAT TO MY HEALTH AND SAFETY AND THAT IT WAS AFFECTING ME MENTALLY.

SHIFT CHANGED AT APPROX 6:00 PM THEN SERGEANT MR. PERRY AND OTHER STAFF CAME BUT WERE AlSO MADE AWARE OF THE SITUATION, AND I REQUESTED PROTECTED CUSTODY AGAIN AND I TOLD SERGEANT MR. PERRY THE SITUATION. AND HE TAlKED TO CAPTION. MR LARON BRYANT.

THEN AT APPROX 7:00PM APPROX 7:30 PM CAPTION. MR. lARON BRYANT DENIED ME PROTECTED CUSTODY AND SERGEANT MR. PERRY THEN TOlD ME I'M NOT GETTING PROTECTED CUSTODY AND YOUR GOING BACK OVER TO

DEMAJIO JEROME ELLIS  V. MR. FONSECA

PAGE 19 of ~~50~~ 49

CONTINUED STATEMENT OF CLAIM

2-4 SIDE OF A. I FIRST REFUSED
AND CONTINUED TO REQUEST PROTECTED
CUSTODY AND SERGEANT MR. PERRY TOLD
ME THAT YOU GOT ALL THESE "TATTOOS"
AND YOUR NOT TOUGH ENOUGH TO GO
FIGHT ALONG WITH OTHER THINGS HE
SAID TO ME. AND IF I DONT GO
WILLINGLY THEN HE WILL GET HELP TO
ESCORT ME. AND IM GETTING A CONDUCT
REPORT.

AT APPROX 7:40 PM  SERGEANT MR. PERRY
AND OFFICER MR. PRESTRIEDGE  ESCORTED
ME BACK OVER TO 2-4 SIDE OF A-UNIT
AS SOON AS WE GOT OVER THERE APPROX
15 INMATES WERE OUT FOR ~~THE~~ OUR
1 HOUR OUT AND MY CELL WAS WITHIN
THE CELL OPEN INCLUDING MY CELL MATE
WHO WAS OUT SO THE DOORS WERE OPEN
THE SAME INMATES THAT WERE THREATING
ME WERE OUT AND THEY TOLD ME AND THE
STAFF PERRY AND PRESTRIEDGE TO GET ME
OFF THE UNIT OR IM WAS DYING TONIGHT
AND GET FUCKED UP  APPROX  60 SECONDS
OF BEING BACK TO 2-4 SIDE OF A-UNIT

DEMAJIO JEROME ELLIS V. MR. FONSECA    49

PAGE 20 OF ~~26~~

CONTINUED STATEMENT OF CLAIM

APPROX 6 TO 8 INMATES WAS COMING UP ON ME TRYNA JUMP ME. FROM THE FRONT AND BACK OF ME. SERGEANT MR. PERRY AND MR. PRESTRIEDGE ~~████ ████ ████ ██ ██~~ THEN WALKED OVER TOWARDS US WATCHING THE WHOLE THING AND THE INMATES TOLD THEM TO GET ME OUT OF THERE OR IM GETTING FUCKED UP SERGEANT MR PERRY AND PRESTRIEDGE TOLD ME TO TAKE MY PROPERTY TO MY CELL I TOLD THEM THAT I WANTED PROTECTED CUSTODY AND THAT I REFUSE TO STAY OVER ON 2-4 SIDE OF A-UNIT I WAS THEN TOLD TO TURN AROUND AND CUFF UP SERGEANT MR. PERRY THEN TOLD ME YOU SHOULD HAVE SEEN THE LOOK ON YOUR FACE YOU WAS SCARED AS FUCK I WAS THEN ESCORTED TO 1-3 SIDE OF A-UNIT. SHORTLY AFTER I WAS ESCORTED TO MEDICAL TO BE CHECKED BY A NURSE THE NURSE THEN TOLD ME THAT MY BLOOD PRESSURE WAS HIGH. I WAS THEN ESCORTED BACK TO A-13 AND TO SEGRAGATION.

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 21 of ~~30~~ 49

CONTINUED STATEMENT OF CLAIM

All THREE OF THEM CAPTION MR LARON BRYANT, SERGEANT MR. PERRY AND OFFICER MR. PRESTRIEDGE KNOWINGLY AND ~~INTENTIONALY~~, FAILED TO PROTECT ME. ~~ON AUGUST-2-2023 ;

CAPTION MR. LARON BRYANT KNOWINGLY AND INTENTIONALY RETALIATED ON ME AND DENIED ME PROTECTED CUSTODY ON AUGUST-2-2023 ;
MR. LARON BRYANT HAD REASON TO "RETALIATE" ON ME DUE TO ME Filing GRIEVANCES AND LAW-SUITS ON His STAFF BECAUSE HE SAID THIS AS well AS OTHER STAFF AND DEFENDANTS ON MAY-23-2023 AS well ~~WHEN DEFENDANT CREAMER AND LARON BRYANT DENIED ME PROTECTED CUSTODY

ON AUGUST-2-2023 All THREE DEFENDANTS LARON BRYANT, PERRY AND PRESTRIEDGE ALLOWED, CONDONED, FACILITATED, TURNED A Blind EYE AND CAUSED THE Incident AND THE DISREGARD TO MY HEALTH AND SAFETY

DEMAJIO JEROME ELLIS  V. MR. FONSECA

PAGE 22 OF 49

CONTINUED STATEMENT OF CLAIM

AND CAUSED ME MENTAL AND PHYSICAL
PAIN AND SUFFERING, NEEDLESSLY,
UNNECESSARLY, EMOTIONAL DISTRESS, MENTAL
ANGUISH, ANXIETY, FEAR TO MY HEALTH AND
SAFETY, STRESS, TRAMA, PTSD,
PANIC ATTACK, HIGHBlood PRESSURE, CHEST PAIN,
PARONOIA "INCLUDING" THE NEXT DAY ON
AUGUST-3-2023 SGT. PERRY, AND CAPTION BRYANT
TOLD ME IM MOVING BACK TO 2-4 I REFUSED AND WAS "WRITTEN UP"
BY. PERRY I PIAINTIFF DO HEREBY DECLARE AND SWEAR
UNDER THE PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE AND I AM
COMPETENT TO TESTIFY

DEMAJIO JEROME ELLIS
MARCH 7 -2024

DEMAJIO JEROME ELLIS V. MR. FONSECA

PAGE 23 OF ~~39~~ 49

CONTINUED ~~Cleel~~ STATEMENT OF CLAIM

ON AUGUST-10-2023 WHILE AT CORRECTIONAL INDUSTRIAL FACILITY WHILE HOUSED IN A UNIT 1-3 SIDE CELL 41 B - AT APPROX 6:47 AM.

OFFICER MS. ALAINA HEDGE KNOWINGLY AND INTENTIONALY "RETALIATED" ON ME BY WRITEN A FALSE CONDUCT REPORT ON ME FOR A 216 - SEXUAL CONDUCT.

AT APPROX 6:47 AM MS. ALAINA HEDGE CAME UP TO MY CELL AND SHE TOLD ME YOU GOT LEGAL MAIL TODAY THEN SHE ASKED ME WHY THE FUCK DO YOU KEEP FILING GRIEVANCES AND LAW-SUITS ON ALL MY FRIENDS AND CO-WORKERS, I THEN TOLD HER THAT MY LEGAL BUSINESS AND MY RIGHT TO FILE GRIEVANCES AND LAW-SUITS DOES NOT CONCERN HER THEN SHE TOLD ME ~~~~ "WELL" ~~~~ IM WRITEING YOU UP. I THEN TOLD HER

DEMAJIO JEROME ELLIS -VS- MR. FONSECA

PAGE 24 of 49.

CONTINUED STATEMENT OF CLAIM

I DIDNT DO NOTHING WHAT ARE YOU GONE TO WRITE ME UP FOR SHE THEN TOLD ME FOR "MASTERBATION" I THEN IMMEDIATELY REQUEST A SUPERVISOR AND SERGEANT MR. VOGLEMON AND OTHER CO's TOLD ME TO WRITE IT UP I THEN FILED A "PREA" ON HER AND A GRIEVANCE # 23-156328 WHICH IS FULLY EXHAUSTED . I GOT FOUND "NOT GUILTY" ON THE "CONDUCT REPORT".

OFFICER MS. ALAINA HEDGE "RETALIATION" CAUSED ME UNNECESSARY, NEEDLESS MENTAL AND PHYSICAL PAIN AND SUFFER, MENTAL ANGUISH, EMOTIONAL DISTRESS, STRESS, ANGER ANXIETY, PANIC ATTACKS, HIGH Blood PRESSURE AND CHEST PAIN

THE GRIEVANCE IS NOT ATTACHED BUT I FULLY EXHAUSTED ON HER ONCE I TRANSFERED I CONTINUED TO THE LAST STAGE.

I PLAINTIFF DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND I AM COMPETENT TO TESTIFY DEMAJIO JEROME ELLIS MARCH- 7 -2024

DEMAJIO JEROME ELLIS V. MR. FONECA    PAGE 25 of 48

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint.  ✓ Yes ____ No

If your answer is "Yes", briefly describe how relief was sought and the result:

I FILED FORMAL GRIEVANCES, AND APPEALS, I ALSO FILED A CLASSIFICATION APPEAL, SOME ISSUES AND INCIDENTS ARE CONTINUED AND CONTINUESLY THEREFORE SOME THINGS DID NOT HAVE TO BE RE GRIEVED, OTHER GRIEVANCES OF INCIDENTS OF AUGUST 2-2023 AND AUGUST-10-2023 ARE NOT ATTACHED BUT ARE FULLY EXHAULTED EVEN ONCE TRANSFERED I CONTINUED TO EXHAUST THROUGH THE FINAL STEP.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.    Parties to previous lawsuit:

    Plaintiff(s):_____

    Defendant(s): _____

b.    Name and location of court and docket number:_____

c.    Grounds for dismissal:
    ☐ frivolous ☐ malicious ☐ failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____

e.    Approximate date of disposition: _____



DEMAJIO JEROME ELLIS V. MR. FONSECA    PAGE 26 OF 48

## VII. REQUEST FOR RELIEF

I request the following relief: TO SUE FOR MONEY DAMAGES IN THE AMOUNTS OF "FIVE Million DOllARS" PLUS EACH DEFENDANT IN THEIR Individual CAPACITY FOR $500,000 IN PUNITIVE DAMAGES AND $500,000 IN COMPENSATORY DAMAGES, FOR A TOTAl OF 17,000,000 FOR EMOTIONAl DISTRESS, MENTAl ANGUISH, STRSS, PTSD, DEPRESSION, WORSEN CONdition, ATTORNEY FEES, COURT COST, EXPERTS, NORMAl DAMAGES ANd AND All OTHER RElief ENTITLEd FUTURE MEDICAl, PRO-Se DEMAJIO JEROME EllIS

DEMAJIO JEROME Ellis

Original signature of attorney (if any)    **Plaintiff's Original Signature**

Date: MARCH - 7 - 2024

DEMAJIO JEROME Ellis

**Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate.**

Executed at NEW CASTlE FACility on MARCH - 7 - 2024

(location)    (date)

DEMAJIO JEROME Ellis

**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ✓ Yes ___ No