NEW CASTLE CORRECTIONAL FACILITY



PAGE 1 of 49

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1: 24-CV-515-JPH-TAB

## DEMAJIO JEROME ELLIS

Plaintiff(s)

v.

## MR. FONSECA
## MR. CHAD EVANS
## MR. JACK HENDRIX
et al.

Defendant(s)

---

# CIVIL RIGHTS COMPLAINT

---

### I. PARTIES

1. **Plaintiff's Information**:

Name and Prisoner Number of Plaintiff: DEMAJIO JEROME Ellis #166596

Present Place of Confinement or Mailing Address:

NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA
47362

PAGE 1 OF 69

1:24-CV-515-JPH-TAB
168

DEMAJIO JEROME ELLIS V. MR. FONSECA et al

PAGE 2 of 69

**2. Defendant's Information:**

Name of Defendant 1:
MR. FONSECA, CASEWORK MANAGER, 5124 WEST Reformatory Road
CORRECTIONAL INDUSTRIAL FACILITY, PENDLETON, IN 46064

Name of Defendant 2:
MR. CHAD EVANS, UNIT TEAM MANAGER

Title (If applicable): _____

Address of Defendant:
_____
_____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

■ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal

defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388**

**(1971)** (federal defendants)

☐ Other (cite statute, if known) _____

DEMAJIO JEROME ELLIS V. MR. FONSECA et al

PAGE 3 of ~~80 80~~ 69

CONTINUED DEFENDANTS

③ MR. JACK HENDRIX, EXECUTIVE DIRECTOR OF CLASSIFICATION, 302 W. WASHINGTON STREET, I.G.C.S. INDIANAPOLIS, INDIANA 46204-2738 ,

4: MS. AAPRIL CLEMONS, UNIT TEAM MANAGER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD, PENDLETON, INDIANA 46064 ,

5: MS. ALISON YANCEY, UNIT TEAM MANAGER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA, 46064 ,

6: MR. LARON BRYANT, CAPTION SUPERVISOR, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

7: ROBERTA CREAMER, SUPERVISOR, MAYBE CAPTION, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

8: MS. ALAINA HEDGE, CORRECTIONAL OFFICER, CORRECTIONAL INDUSTRIAL FACILITY, 5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

IDEMAJIO JERONE ELLIS V. MR. FONSECA et al

PAGE 4 OF 69

CONTINUED DEFENDANTS

9: MR. M. PERRY, SERGEANT, CORRECTIONAl INDUSTRIAl FACILITY 5124 W. REFORMATORY ROAD PENDLETON IN 46064

10: MR. PREST RIEDGE, CORRECTIONAl OFFICER, CORRECTIONAl INDUSTRIAl FACILITY, 5124 W. REFORMATORY ROAD PENDLETON IN 46064

11: MS. WENDY KNIGHT, WARDEN, CORRECTIONAl INDUSTRIAl FACILITY 5124 W. REFORMATORY ROAD PENDLETON, IN 46064

12: MR. CHARLIE K FOX, ASSISTANT WARDEN, CORRECTIONAl INDUSTRIAl FACILITY, 5124 W. REFORMATORY ROAD PENDLETON IN 46064

13: MS. C. GARD, CASE MANAGER, NEW CASTLE ANNEX O-UNIT, P.O. BOX A, NEW CASTLE, INDIANA 47362

14: MR. RICHEY, CASE MANAGER, NEW CASTLE ANNEX O-UNIT, NEW CASTLE, IN 47362

15: MS. Kidd, UNIT TEAM MANAGER, NEW CASTLE ANNEX O-UNIT, NEW CASTLE, INDIANA 47362

16: MR. TEBO, ANNEX O-UNIT CAPTION NEW CASTLE ANNEX O-UNIT, NEW CASTLE IN 47362

17: MR. SEVIER, WARDEN, NEW CASTLE CORR FACILITY, NEW CASTLE IN 47362

18: MS. FRENCH, ASSISTANT WARDEN, NEW CASTLE FACILITY NEW CASTLE IN 47362

19: MS. CECIl, CLASSIFICATION, NEW CASTLE, NEW CASTLE IN 47362

20: MR. BROWN SERGEANT, NEW CASTLE O-UNIT ANNEX NEW CASTLE IN 47362

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

PAGE 5 OF 69

CONTINUED DEPENDANTS

MR. GILBERT, SERGEANT O-UNIT
ANNEX SEGREGATION SERGEANT,
NEW CASTLE ANNEX O-UNIT,
NEW CASTLE, FACILITY, NEW CASTLE
IN 47362

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

1:24-CV-515-JPH-TAB

## IV. CLAIMS

PAGE 6 of 69

**BRIEFLY** state the background of your case.

PLAINTIFF WAS TRANSFERED DUE TO "RETALIATION"
FROM CORRECTIONAl INDUSTRIAl FACILITY TO NEW CASTlE
CORRECTIONAl FACILITY ANNEX O UNIT WHICH IS A
RESTRICTED HOUSING UNIT. BUT DURING PIAINTIFF
STAY WHile AT CIF FACILITY PlAINTIFF WAS AlSO
BEING "RETALIATED" ON BY STAFFING MEMBERS

~~Claim I~~: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SEE ATTACHMENTS

~~Claim II~~:                    SEE ATTACHMENTS

PAGE 8 OF



~~Claim III~~: _____

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ___Yes ✓No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

PAGE 7 OF

1:24-CV-515-JPH-TAB
DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

IV. CLAIMS 

CONTINUED BRIEFLY STATE THE BACKGROUND
OF YOUR CASE PAGE 8 of 69

BECAUSE PLAINTIFF WAS Filing "law-Suits"
AND "GRIEVANCES" ON CORRECTIONAL
OFFICERS, STAFF, NURSES, MEDICAL,
CONDITIONS, AND MORE. STAFF WERE
Also DENYING PLAINTIFF PROTECTIVE
CUSTODY, WRITEING FALSE CONDUCT
REPORTS, TELLING OTHER INMATES AND
STAFF THAT I AM A SNITCH AND
RAT, AND THAT I File GRIEVANCES
AND law-SUITS ON EVERYONE, AND I
WAS TARGETED AND THREATEND, AND
ASSAULTED, AND FIGHTING OVER Being
RETALIATED ON BY INDIANA DEPARTMENT
OF CORRECTIONAL STAFF THEY All KNOWINGLY
AND ~~DELIBERATELY~~ INTENTIONALLY CAUSED
AND ALLOWED ME TO CONTINUESLY TO
BE RETALIATED UPON BY STAFF AND
INMATES WHILE At CORRECTIONAL
INDUSTRIAL FACILITY FROM JULY-2022 TILL
TO AUGUST-21-2023
HERE TO NEW CASTLE
ANNEX O UNIT. STAFF, AND,

1:24 - ~~CRM~~ - CV - 515 - JPH - TAB

DEMAJIO JEROME ELLIS V MR. FONSECA, et al

CONTINUED BRIEFLY ~~PLSE~~ STATE THE BACKGROUND OF

YOUR CASE.          PAGE 9 OF 69

THE IDOC HAS "CONTINUED" TO
"RETAILIATE" ON ME BY HOUSEING
ME IN A RESTRICTED UNIT CAUSEING
ME ATYPICAL AND SIGNIFICANT
HARDSHIP ON THE INMATE IN RELATION
TO THE ORDINARY INCIDENTS OF
PRISON life, INCLUDING NOT PROVIDING
ME MEANINGFUL REVIEWS. ~~[redacted]~~

~~[several lines redacted]~~

NOT ALLOWED ME CONTACT VISITS; NOT ALLOWED
ME TIMELY ACCESS TO ADEQUATE MEDICAL
CARE.; NOT ALLOWED ME ACCESS TO EDUCATION;
TUTORS; ~~[redacted]~~ limited TO NO
PROGRAMING;, limited TO Full RECREATION
ACTIVITIES ., NOT ALLOWED TO EAT IN A
DINING HALL., NOT ALLOWED ME MY FAN,
NOT ALLOWED ME TO ORDER BOOTS ,

1, 24-cv-515-JPH-TAB

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

CONTINUED **BRIEFLY** STATE THE BACKGROUND OF YOUR CASE

10 of 69

FORCED ME TO ONLY ORDER SHOES EVERY 6 MONTHS, CASE MANAGERS AND OUNIT TEAM MANAGERS WERE NOT COMING ON THE UNITS TO TALK TO ME NOR RESPONDING TO MY REQUEST FOR INTERVIEW BUT MAYBE ONCE OR MORE. CONFINED TO MY CELL 22 HOURS OUT THE DAY.

NOR COULD I SHOWER AT THE NCCF ANNEX O UNIT IN PRIVACY THE SHOWERS WERE All SEE THROUGH GATES WHERE All INMATES AND STAFF AND NURSES CAN WATCH MY NAKET BODY INCLUDING SEXUAL HARRASSMENT BY OTHERS

NOR BEFOR I TRANSFERED FROM CORRECTIONAL INDUSTRIAL FACILITY NOBODY TOLD ME THAT I WAS COMING TO NEW CASTLE ANNEX O-UNIT, OR ANY PROGRAM NOR TOLD ME HOW I CAN CHALLENGE MY CLASSIFICATION OR WHAT TO DO HERE.

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH TAB
11 of 69

V: INCLUDE All FACTS YOU CONSIDER
IMPORTANT, INCLUDING NAMES OF PERSONS INVOLVED.
PLACES, AND DATES. DESCRIBE EXACTLY HOW EACH
DEFENDANT IS INVOLVED. STATE THE FACTS CLEARLY
IN YOUR OWN WORDS WITHOUT CITING LEGAL AUTHORITY
OR ARGUMENT). STATEMENT OF CLAIM

FROM THE TIME PERIOD OF APPROX
JULY. 2022 WHEN I GOT TO
CORRECTIONAL INDUSTRIAL FACILITY
TILL AUGUST. 21. 2023
WHEN I GOT TRANSFERED TO
NEW CASTLE CORRECTIONAL FACILITY
ANNEX O UNIT. AND SINCE THEN.
I WAS CONTINUESLY AND CONTINUED
TO BE "RETALIATED" ON BY STAFF
WITHIN THE IDOC.
AND THEY HAVE
KNOWINGLY AND INTENTIONALY
DONE, ALLOWED, CAUSED, AND TURNED A
BLIND EYE KNOWN AND SHOULD HAVE
KNOWN, AND THEY DID NOT DO ANY
PROPER CLASSIFICATION HEARINGS, NOTIFICATIONS,
OR TRANSFER, OR HOUSING, MEANINGFUL REVIEWS, AND OTHER ISSUES,

DEMAJIO JEROME ELLIS V MR. FONSECA
1:24-CV-515-JPH-TAB
12 of 69

## CONTINUED STATEMENT OF CLAIM

WHILE AT CORRECTIONAl INDUSTRIAl FACILITY ~~[struck through]~~

IN APPROX AUGUST 2023 AND BEFOR AUGUST-2023 DEFENDANTS MR. FONSECA, MR. CHAD EVANS, MR. JACK HENDRIX, MS. CLEMONS, MS. YANCEY, WENDY KNIGHT, CHARLIE FOX AND OTHERS NOT YET KNOWN THEY ALL KNOWINGLY AND INTENTIONALy "RETAILIATED" ON ME FOR Filing GRIEVANCES, AND CIVIL lawsuits AND THEY TRANSFERED ME TO HERE NEW CASTle CORRECTIONAl FACILITY ANNEX O-UNIT THEY ACTIONS AND INACTION CAUSED, APPROVED, AllOWED, TURNED A Blind EYE TO MY RIGHTS THEY DID NOT TEll ME THAT I WAS TRANSFERING TO NEW CASTle CORRECTIONAl FACILITY STAND UNIT O UNIT OR ANY STAND PROGRAM, THEY DID NOT TEll ME IF I COUlD CHAllANGE THEIR DECISION, OR HOW TO APPEAl THEIR DECISION

MR. FONSECA TOlD ME WHEN HE HAD ME SIGN A PAPER THAT "THIS IS WHAT I GET FOR GRieveING AND SUEING EVERYBodY."

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB          PAGE 13 OF 69

CONTINUED STATEMENT OF CLAIM

THEY ALL CAUSED ME UNNESSARLY,
NEEDLESS, WANTON, MENTAL AND PHYSICALY
PAIN AND SUFFERING, EMOTIONAL DISTRESS,
MENTAL ANGUISH, EXTREME ANXIETY, PTSD,
STRESS, DEPRESSION, WORSENING MENTAL AND
PHYSICAL CONDITION, INTENTIONAL EMOTIONAL DISTRESS

I PLAINTIFF DO HEREBY DECLARE AND SWEAR
UNDER THE PENALTY OF PERJORY THAT
THE FOREGOING IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE
AND IM COMPETENT TO TESTIFY

DEMAJIO JERONE Ellis     PRO-SE

APRIL-18-2024

DEMAJIO JEROME ELLIS V. MR. FONSECA

1:24-CV-515-JPH-TAB

14 of 69

PAGE ~~83~~ ~~of~~ ~~53~~ 14

CONTINUED STATEMENT OF CLAIM

~~They proved the up~~

WHILE AT CORRECTIONAL INDUSTRIAL FACILITY
ON MAY-23-2023 AROUND DINNER
APPROX **5**:00 PM DEFENDANTS MR. ~~la~~ CAPTION
LARON BRYANT, AND ROBERTA CREAMER
RETALIATED ON ME FOR FILING
GRIEVANCES, AND LAW-SUITS ON THEIR
STAFF AND THEY DID SO KNOWINGLY
AND INTENTIONALY. AND THEY DENIED
ME PROTECTED CUSTODY. EVEN AFTER
THEY READ MY PC FORM AND KNEW THE
FACTS THAT MY HEALTH AND SAFETY WAS
AT RISK AND DANGER. I TOLD THEM
THAT I CANNOT GO BACK TO C-POD
2-4 SIDE ~~Because~~ ASWELL AS TO THE
SAME CELL ~~law~~ BECAUSE I WAS BEING
THREATEND, THAT I WAS GOING TO GET
STABBED, KILLED, JUMPED, AND BEAT UP
IF I COME BACK TO GENERAL POPULATION
AND INMATES HAS BEEN CALLING ME A
SNITCH, POLICE RAT.
DEFENDANTS LARON BRYANT, AND
ROBERTA CREAMER "BOTH SAID"

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

1:24-CV-JPH
       515-JPH-TAB

                    PAGE 15 of 69

CONTINUED STATEMENT OF CLAIM

SINCE I FILE GRIEVANCES AND
lAW-SUITS ON THEIR STAFF IM
NOT GETTING PROTECTED CUSTODY
SO GO BACK OUT THERE.
SO WHILE I WAS GETTING ESCORTED
BACK TO 2-4 SIDE OF C-UNIT
OTHER C-UNIT INMATES WERE EXITING
C-UNIT GOING TO "CHOW" DINING HALL
FOR DINNER INMATES STARTED TO
THREATEND MY LIFE, HEALTH, AND SAFETY
I THEN STOPED AND TOLD THE OFFICER
ESCORTING ME THAT IM NOT GOING
BACK TO C-UNIT AND I NEED TO BE
PLACED ON PROTECTED CUSTODY I WAS
THEN TOLD BY THE ESCORTING OFFICER
IF I REFUSE TO GO BACK TO C-UNIT
THAT HE WAS WRITEING ME UP FOR
DISORDERLY CONDUCT AND IM GOING
TO SEGREGATION I WAS THEN
TAKEN TO SEGREGATION A-UNIT
2-4 SIDE. APPROX ONE WEEK lATER
THEY TURNED IT TO A RESTRICTED
POPUlATION UNIT AND THEY KEPT ME THERE

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB
16 of 69

CONTINUED STATEMENT OF CLAIM

DAYS BEFOR THE MAY-23-2023
INCIDENT OF "RETALIATION" AND THE
DENYING OF MY PROTECTED CUSTODY REQUEST.

ON APPROX MAY-19-2023 I WAS HOUSED
IN C-UNIT 2-4 SIDE WERE I BELIEVE
I WAS "POISONED" BY INMATES OR STAFF
AND I WAS VOMITING AND HAVING
CHEST PAINS AND BREATHING ISSUES
INCLUDING INMATES THREATING MY life,
HEALTH AND SAFETY AND TELLING
ME THAT I GOTA GO AND CANT
COME BACK I WAS THEN ESCORTED
FROM C-UNIT-2-4 SIDE TO MEDICAL
Till MAY-23-2023

THATS WHEN leaveing Medical
MAY-23-2023 I WAS Told THAT
I WAS GOING BACK TO C-UNIT 2-4
SIDE BUT I REQUESTED PROTECTED
CUSTODY BUT BOTH DEFENDANTS. LARON
BRYANT, AND ROBERTA CREAMER KNOWINGLY
AND INTENTIONALY RETALIATED ON

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB
17 OF 69 PAGE

CONTINUED STATEMENT OF CLAIM

ME BY DENYING ME ACCESS TO PROTECTIVE
CUSTODY FOR FILEING GRIEVANCES AND
LAWSUITS ON THEIR STAFF. RETALIATION.

THEIR ACTIONS AND INACTIONS CAUSED ME
UNNESSESARY, NEEDLESS, MENTAL AND PHYSICAL
PAIN AND SUFFERING. MENTAL ANGUISH,
EMOTIONAL DISTRESS, ANXIETY, STRESS, ANGRY,
PANIC ATTACK, CHEST PAINS, FEAR FOR MY HEALTH
AND SAFETY, DEPRESSION

~~I SWEAR THE FOREG~~

I PLAINTIFF DO HEREBY DECLARE, AND SWEAR
UNDER THE PENALTY OF PERJURY THAT THE
FOREGOING ARE TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE AND I AM COMPETENT
TO TESTIFY

DEMAJIO JEROME ELLIS
-                       -          APRIL-18-24
ALSO, APPROX A WEEK LATER WHILE
ON 2-4 SIDE OF A-UNIT THEY TURNED
IT INTO A "RESTRICTED POPULATION" AND KEPT ME
THERE.

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB
CONTINUED STATEMENT OF CLAIM PAGE 18 OF 69

WHILE AT THE CORRECTIONAL INDUSTRIAL
FACILITY ON AUGUST-2-2023 AT APPROX
7:00 PM CAPTION MR. LARON BRYANT
KNOWINGLY AND INTENTIONALY
"RETALIATED" ON ME AND DENIED
ME "PROTECTED CUSTODY". AND SERGEANT
MR. PERRY ALSO AND BOTH FAILURE TO PROTECT.

ON AUGUST-2-2023 AT APPROX 4:30 PM
WHILE ON A-UNIT 2-4 SIDE I TOLD
OFFICERS INCLUDING SERGEANT MR.
LAWSON, THAT I NEEDED TO BE
PLACED ON PROTECTED CUSTODY BECAUSE
INMATES TOLD ME THAT IF I WAS
STILL ON THE UNIT AFTER 6:00 PM
SHIFT CHANGE WHEN WE COME OUT
OF OUR CELL AROUND 7:00 PM I WAS
GONE TO GET JUMPED AND
STABBED UP. SO I REQUESTED TO
BE PLACED ON PROTECTED CUSTODY BECAUSE
I WAS IN FEAR FOR MY HEALTH AND
SAFETY AND BECAUSE I HAVE BEEN
FIGHTING, GETTING JUMPED, HARRASSED
FOR MONTHS WHILE AT CORRECTIONAL
INDUSTRIAL FACILITY

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB    PAGE 19 OF 69

CONTINUED STATEMENT OF CLAIM

THEN SERGEANT MR. LAWSON AND OTHER
STAFF ESCORTED ME FROM A-2-4 SIDE
OVER TO A-1-3 SIDE INTO A
HOLD CAGE. THEN SERGEANT MR. LAWSON
AND STAFF CALLED CAPTION MR.
LARON BRYANT AND MADE HIM AWARE
OF THE SITUATION AND THE THREAT
TO MY HEALTH AND SAFETY AND
THAT IT WAS AFFECTING ME MENTALY.

SHIFT CHANGED AT APPROX 6:00 PM
THEN SERGEANT MR. PERRY AND OTHER
STAFF CAME BUT WERE AlSO MADE AWARE
OF THE SITUATION, AND I REQUESTED
PROTECTED CUSTODY AGAIN AND I TOLD
SERGEANT MR. PERRY THE SITUATION.
AND HE TAlKED TO CAPTION. MR LARON
BRYANT.

THEN AT APPROX 7:00PM APPROX 7:30 PM
CAPTION. MR. lARON BRYANT DENIED ME
PROTECTED CUSTODY AND SERGEANT MR. PERRY
THEN TOlD ME IM NOT GETTING PROTECTED
CUSTODY AND YOUR GOING BACK OVER TO

CONTINUED STATEMENT OF CLAIM

2-4 SIDE OF A. I FIRST REFUSED
AND CONTINUED TO REQUEST PROTECTED
CUSTODY AND SERGEANT MR. PERRY TOLD
ME THAT YOU GOT ALL THESE TATTOOS"
AND YOUR NOT TOUGH ENOUGH TO GO
FIGHT ALONG WITH OTHER THINGS HE
SAID TO ME, AND IF I DONT GO
WILLINGLY THEN HE WILL GET HELP TO
ESCORT ME. AND IM GETTING A CONDUCT
REPORT.

AT APPROX 7:40 PM SERGEANT MR. PERRY
AND OFFICER MR. PRESTRIDGE ESCORTED
ME BACK OVER TO 2-4 SIDE OF A-UNIT
AS SOON AS WE GOT OVER THERE APPROX
IS INMATES WERE OUT FOR OUR
1 HOUR OUT AND MY CELL WAS WITHIN
THE CELL OPEN INCLUDING MY CELL MATE
WHO WAS OUT SO THE DOORS WERE OPEN
THE SAME INMATES THAT I WERE THREATING
ME WERE OUT AND THEY TOLD ME AND THE
STAFF PERRY AND PRESTRIDGE TO GET ME
OFF THE UNIT OR IM WAS DYING TONIGHT
AND GET FUCKED UP APPROX 60 SECONDS
OF BEING BACK TO 2-4 SIDE OF A-UNIT

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

1:24-CV-515-JPH-TAB        PAGE ~~21~~ OF ~~69~~

                                                        69

CONTINUED STATEMENT OF CLAIM

APPROX 6 TO 8 INMATES WAS COMING
UP ON ME TRYNA JUMP ME. FROM THE
FRONT AND BACK OF ME.
SERGEANT MR. PERRY AND MR. PRESTRIEDGE
~~_____~~ THEN WALKED
OVER TOWARDS US WATCHING THE
WHOLE THING AND THE INMATES TOLD
THEM TO GET ME OUT OF THERE OR
IM GETTING FUCKED UP SERGEANT MR
PERRY AND PRESTRIEDGE TOLD ME TO
TAKE MY PROPERTY TO MY CELL I
TOLD THEM THAT I WANTED PROTECTED
CUSTODY AND THAT I REFUSE TO STAY
OVER ON 2-4 SIDE OF A-UNIT I WAS
THEN TOLD TO TURN AROUND AND CUFF UP
SERGEANT MR. PERRY THEN TOLD ME
"YOU SHOULD HAVE SEEN THE LOOK ON YOUR
FACE YOU WAS SCARED AS FUCK.
I WAS THEN ESCORTED TO 1-3 SIDE OF
A-UNIT. SHORTLY AFTER I WAS ESCORTED
TO MEDICAL TO BE CHECKED BY A NURSE
THE NURSE THEN TOLD ME THAT MY
BLOOD PRESSURE WAS HIGH. I WAS
THEN ESCORTED BACK TO A-13 AND TO SEGRAGATION.

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

1:24-CV-515-JPH-TAB   PAGE 22 of 69

CONTINUED STATEMENT OF CLAIM

All THREE OF THEM CAPTION MR LARON
BRYANT, SERGEANT MR. PERRY AND
OFFICER MR. PRESTRIEDGE KNOWINGLY
AND INTENTIONALY, FAILED TO PROTECT
ME, ~~RIED~~ ON AUGUST- 2-2023 ,

CAPTION MR. LARON BRYANT KNOWINGLY AND
INTENTIONALY, RETALIATED ON ME AND
DENIED ME PROTECTED CUSTODY ON
AUGUST- 2-2023 ,
MR. B LARON BRYANT HAD REASON TO
"RETALIATE" ON ME DUE TO ME Filing
GRIEVANCES AND LAW-SUITS ON HIS STAFF
BECAUSE HE SAID THIS AS WELL AS OTHER
STAFF AND DEFENDANTS ON MAY- 23-2023
AS WELL ~~RIED~~ WHEN DEFENDANT CREAMER
AND LARON BRYANT DENIED ME PROTECTED
CUSTODY

ON AUGUST- 2-2023 All THREE DEFENDANTS
LARON BRYANT, PERRY AND PRESTRIEDGE
ALLOWED, CONDONED, FACILITATED, TURNED A Blind
EYE AND CAUSED THE INCIDENT AND THE
DISREGARD TO MY HEALTH AND SAFETY

DEMAJIO JEROME ELLIS V. MR, FONSECA, et al
1:24-cv-515-JPH-TAB        PAGE ~~~~ of ~~
CONTINUED STATEMENT OF CLAIM    23    ~~~~ 69

AND CAUSED ME MENTAL AND PHYSICAL
PAIN AND Suffering, Needlessly,
UNNECESSARLY, EMOTIONAL DISTRESS, MENTAL
ANGUISH, ANXIETY, FEAR TO MY HEALTH AND
SAFETY, STRESS, TRAMA, PTSD,
PANIC ATTACK, HiGH Blood PRESSURE, CHEST PAIN,
~~~~~~~~~~ PARONOIA "Including" THE NEXT DAY ON
AUGUST- 3-2023 SGT. PERRY, AND CAPTION BRYANT
TOLD ME IM MOVING BACK TO 2-4 I REFUSED AND WAS 'WRITTEN UP "
BY. PERRY I PLAINTIFF DO HEREBY DECLARE AND SWEAR
UNDER THE PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE AND I AM
COMPETENT TO TESTIFY ~~~~

DEMAJIO JEROME ELLIS
~~~~~~~    ~    ~~~~
APRiL- 18 - 2024

PAGE 23 OF 69

DEMAJIO JEROME ELLIS V. MR. FONSECA, Et al

1:24-cv-515-JPH-TAB   PAGE 24 of 69

CONTINUED ~~CRIMINAL~~ STATEMENT OF CLAIM

ON AUGUST-10-2023 WHILE AT
CORRECTIONAL INDUSTRIAL FACILITY
WHILE HOUSED IN A UNIT 1-3 SIDE
CELL 41 L - AT APPROX 6:47 AM

OFFICER MS. ALAINA HEDGE
KNOWINGLY AND INTENTIONALLY
"RETALIATED" ON ME BY WRITEN A
FALSE CONDUCT REPORT ON ME FOR A
216 - SEXUAL CONDUCT.

AT APPROX 6:47 AM MS. ALAINA
HEDGE CAME UP TO MY CELL AND SHE
TOLD ME YOU GOT LEGAL MAIL TODAY
THEN SHE ASKED ME WHY THE
FUCK DO YOU KEEP FILING GRIEVANCES
AND LAW-SUITS ON ALL MY FRIENDS
AND CO-WORKERS, I THEN TOLD
HER THAT MY LEGAL BUSINESS AND
MY RIGHT TO FILE GRIEVANCES AND
LAW-SUITS DOES NOT CONCERN HER
THEN SHE TOLD ME ~~BITCH~~
"WELL" ~~BITCH~~ IM WRITEING YOU
UP. I THEN TOLD HER

DEMAJIO JEROME ELLIS VS. MR. FONSECA, et al
1:24-CV-515-JPH-TAB PAGE 25 of 69. 
CONTINUED STATEMENT OF CLAIM

I DIDN'T DO NOTHING WHAT ARE YOU GONE TO WRITE ME UP FOR SHE THEN TOLD ME FOR "MASTERBATION" I THEN IMMEDIATELY REQUEST A SUPERVISOR AND SERGEANT MR. VOGLEMON AND OTHER CO's TOLD ME TO WRITE IT UP I THEN FILED A "PREA" ON HER AND A GRIEVANCE # 23-156328 WHICH IS FULLY EXHAUSTED. I GOT FOUND "NOT GUILTY" ON THE "CONDUCT REPORT"

OFFICER MS. ALAINA HEDGE "RETALIATION" CAUSED ME UNNECESSARY, NEEDLESS MENTAL AND PHYSICAL PAIN AND SUFFER, MENTAL ANGUISH, EMOTIONAL DISTRESS, STRESS. ANGER ANXIETY, PANIC ATTACKS, HIGH Blood Pressure AND CHEST PAIN

THE GRIEVANCE IS NOT ATTACHED BUT I FULLY EXHAUSTED ON HER ONCE I TRANSFERED I CONTINUED TO THE last STAGE.

I PLAINTIFF DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND I AM COMPETENT TO TESTIFY DEMAJIO JEROME ELLIS
APRIL - 18 -2024

#1: 24 - CV - 5+5 - JPH - TAB

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

PAGE 26 OF 69

CONTINUED STATEMENT OF CLAIM

SINCE TRANSFERED HERE TO
NEW CASTLE ANNEX O-UNIT
ON AUGUST - 21 - 2023., DEFENDANTS
WARDEN MR. SEVIER; CLASSIFICATION
MS. CECIL., ASSISTANT WARDEN MS.
FRENCH., UNIT TEAM MANAGER
MS. KIDD., CASE WORKER MS. GARD.,
CASE WORKER MR. RICHEY, SGT. MR. GILBERT,
SERGEANT MR. BROWN, CAPTION MR
TEBO All HAS KNOWINGLY AND
INTENTIONALY RETALIATED ON ME
AND FAILURE TO PROTECT ME.
AND DISREGARDING THE IMMEDIATE
THREATS TO MY HEALTH AND
SAFETY INCLUDING ALLOWING
VERBAL HARASSMENT AND THEFT
TO MY PROPERTY.

ON AUGUST - 21 - 2023 I WAS
TRANSFERED FROM CIF/ TO
NEW CASTLE ANNEX O-UNIT
AND PLACED IN A CELL WITH

# 1:24-CV-515-JPH-TAB
DEMAJIO JEROME ELLIS V. MR. J FONSECA, et al

PAGE 27 of 69

CONTINUED STATEMENT OF CLAIM
A INMATE THAT JUMPED ME
ONE OF THE SAME INMATES
FROM CIF, INCLUDING ON THE
SAME RANGE WITH ANOTHER
INMATE THAT TRIED TO JUMP
ME AT CIF."
I THEN BEGAN TO GET HARRASSED
INCLUDING FIGHTING MY CELLMATE
IN OUR CELL". AFTER FIGHTING
I BEGAN MORE "PARANOID"
PANIC ATTACKS, CHEST PAINS, ANXIETY
EVERY DAY AND NIGHT IN THE CELL
IT WAS VERY HARD TO SLEEP.
AND EVERY TIME I LEFT THE CELL
HE GOES THROUGH MY LEGAL MAIL,
INCLUDING STEAL FROM ME, AND DO
STUFF TO MY FOOD. WE WAS IN
THE SAME CELL TOGETHER FROM
AUGUST 2023 TO OCTOBER 2023

I BEGAN TO TELL STAFF AND REQUEST
FOR A BED MOVE, I ALSO SPECIFICALLY
WROTE, AND TOLD SEIVER, CECIL,
FRENCH, TEBO, GARD, KIDD, AND
RICHEY, BUT THEY DID NOTHING.

#1:24-CV-515-JPH-TAB
DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

PAGE 28 OF 69

CONTINUED STATEMENT OF CLAIM

THEN THE INMATE FILED A
FALSE "PREA" ON ME AND I
WAS TAKEN TO SEGRAGATION
FOR ONE NIGHT THEN MOVED
TO ANOTHER POD, THEN
MY NEXT CELL MATE WE
STARTED OUT OK THEN WE
GOT INTO IT AND HE START
STEALING FROM ME AND DOING
STUFF TO MY FOOD AND R
PROPERTY CALLING ME SNITCHES
I BEGAN TO TELL MS. GARD,
TEBO, KIDD, RICHEY, BROWN.
SEVIER AND FRENCH AND CECIL
BUT NOTHING WAS DONE AND
APPROX 20 INMATES BEGAN
TELLING ME THAT I GOT TO
GO SO I REFUSED TO lockdown
THEN I WAS TAKEN SEGREGATION
WHERE I REQUESTED PROTECTIVE
CUSTODY BUT THEN AFTER
APPROX 30 DAYS IN SEGREGATION.
I WAS FORCED TO SIGN A
PC WAIVER AND I WAS THEN

# 1:24-cv-515-JPH-TAB
DEMAJLO JEROME Ellis v. MR. FONSECA, et

CONTINUED STATEMENT OF CLAIM

MOVED TO ANOTHER POD THEN
I CONTINUED TO GET HARRASSED
AND INTO A FIGHT WITH MY
NEW CELLMATE, AND HE BEGAN
TO DO THINGS AND TO MY FOOD
AND LEGAL DOCUMENT KEPT
COMING UP MISSING.
THEN ON APRIl-15-2024
SERGEANT MR. BROWN AND
MR. T CAME TO SEARCH
OUR CELL AND FOUND MY CELLMATE
HAD "WINE-HOOCH" ROTTED FRUIT
SO MR. BROWN TOOK IT
THEN MY CELL MATE
ASKED SERGEANT MR. BROWN
WHO TOLD ON HIM AND BROWN
CAME TO OUR DOOR
CELL 02-102 AND TOLD HIM
THAT IT HAD SOMETHING TO DO
WITH ME NOT HIM BECAUSE
I AlSO SENT A REQUEST TO
MS. KIDD AND MS. GARD
AND I ASKED THEM TO
PULL ME OUT BECAUSE

#1:24-CV-515-JPH-TAB
DEMAJIO JEROME Ellis V. MR. FONSECA, et al

CONTINUED STATEMENT OF CLAIM
PAGE 30 of 69

I NEED TO TALK TO THEM ABOUT
MY SERIOUS ISSUES. THEN MY
CELLMATE PULLED OUT A KNIFE AND
TRIED TO STAB ME AND SAT
AT ME TELLING ME IF I DONT
LEAVE THAT I AM GETTING
KILLED WHEN I GO TO SLEEP
I THEN PRESSED THE INTERCOM
AND TOLD STAFF MY CELLY IS
TRYING TO STAB ME THEN
STAFF CAME TO GET ME. AND
WHILE I WAS TRYING TO
PACK MY PROPERTY BROWN
TO ME TO CUFF UP OR HE
WAS GOING TO LEAVE ME IN
THE ROOM. THEN ANOTHER
OFFICER GOT SOME OF MY
PROPERTY BUT ALOT WAS STILL
LEFT IN THE ROOM AND SERGEANT
MR. BROWN LET MY CELLMATE
STEAL MY BLUE COMMISSARY COAT,
BLUE COMMISSARY Pill, MAGAZINES
SOME OTHER STUFF AS WELL

#1:24-CV-515-JPH-TAB

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

PAGE 31 of 69

CONTINUED STATEMENT of CLAIM

I WAS THEN TAKEN TO SEGREGATION
FOR REFUSING HOUSING.
AND WRITTEN UP ON A CONDUCT
REPORT BY SERGEANT BROWN
EVEN THO I DID NOT DO
ANYTHING  AND WE CAN HAVE
OUR TV IN SEGREGATION
BUT SERGEANT MR. BROWN,
CAPTION MR - TEBO, CASEWORKER
MS. GARD, AND MS. KIDD
AND SERGEANT GILBERT REFUSED
TO GIVE ME MY TV. AND I
REQUESTED PROTECTIVE CUSTODY
THEY ARE RETALIATING ON ME
AND TOLD ME THAT
CHECK-INS ON WANTING
PROTECTIVE CUSTODY DON'T
GET TV'S.

THE NEW CASTLE DEFENDANTS
ACTIONS, INACTIONS, INCLUDING POLICY,
PRACTICE, CUSTOM POLICY, PRACTICE
AND PROCEDURE  HAS
RETALIATED UPON ME FOR WANTING

# 1:24-CV-515-JPH-TAB
DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
PAGE 32 of 69
CONTINUED STATEMENT OF CLAIM

TO BE PLACED ON PROTECTIVE CUSTODY

I ALSO TOLD STAFF THERE ARE OTHER GANG MEMBERS THREATING ME AND TELLING ME WHERE EVER I GO THEY WILL SEND THE "WORD" TO GET AT ME AND EXTORT ME.

THE DEFENDANT HAS KNOWINGLY AND INTENTIONALY RETALIATED ON ME, CAUSE, ALLOWED, CONDONED, TURNED A BLIND EYE TO MY ASSAULTS AND FIGHTING AND THEFT OF PROPERTY.

THEY HAS CAUSED EXTREME MENTAL AND PHYSICAL PAIN AND SUFFERING, EMOTIONAL DISTRESS, "INTENTIONAL EMOTIONAL DISTRESS" MENTAL ANGUISH, ANGER, ANXIETY, PANIC ATTACKS CHEST PAINS PARONOIA, PTSD, STRESS DEPRESSION WORSENING OF MENTAL HEALTH

# 1:24-CV-515-JPH-TAB

DEMAJIO JEROME Ellis V MR. FONSECA, et al

## PAGE 33 of 69

CONTINUED STATEMENT OF CLAIM

I AM AFRAID OF Filing GRIEVANCES;
REQUESTING PROTECTED CUSTODY;
REQUESTING MEDICAL CARE, AND
TELLING STAFF About THE HARM
I CONTINUE TO SUFFER AND
~~happens~~ NOTHING GETS DONE

I AM ALSO DEMANDING
A PRIMINARY INJUNCTION AND
TRO TEMPORARY RESTRAINING
ORDER, FOR THE Following

HOUSED IN A SINGLE ONE PERSON
CELL ATLEAST UNTILL THE RESOLVING
OF THIS CASE;

Allowed ACCESS TO THE SAME
COMMASSARY AS POPULATION;

Allowed A NEW GTL TABLET
TO CONDUCT law-LIBRARY,
NEWS, MOVIES, Policy's PHONE.

Allowed MY TV.

# 1:24-CV-515-JPH-TAB
DEMAJIO JEROME Ellis V. MR. FONSECA, et al

CONTINUED STATEMENT OF CLAIM
PAGE 34 OF 69

FOR JACK HENDRIX AND STAFF
~~members~~ TO CREDIT ME All
THE GOOD TIME THAT THEY
OWE AND CPCT TIME THEY
OWE AND TO COMPLETE MY
FIRST COUNT CONVICTION OF
ATTEMPTED MURDER AND DROP
MY level TO A 2 OR 1.

AND GRANT ME A RELEASE FROM
PRISON DUE TO MY CONSTENT
PAIN AND SUFFERING.

I PLAINTIFF DO DECLARE UNDER THE
PENALTY OF PERJURY THAT THE FOREGOING
FACTS ARE TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE
AND I AM COMPETENT TO
TESTIFY

APRIL- 18 - 2024
    DEMAJIO JEROME Ellis

1:24-CV 515 - JPH - TAB

DEMAJIO JEROME ELLIS V. MR. FONECAI et al

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ✓ Yes ____ No

PAGE 35 OF 69

If your answer is "Yes", briefly describe how relief was sought and the result:

I Filed FORMAL GRIEVANCES, AND APPEALS, I ALSO Filed A CLASSIFICATION APPEAL, SOME ISSUES AND INCIDENTS ARE CONTINUED AND CONTINUESLY THEREFORE SOME THINGS DID NOT HAVE TO BE RE GRIEVED, OTHER GRIEVANCES OF INCIDENTS OF AUGUST 2-2023 AND AUGUST-10-2023 ARE NOT ATTACHED BUT ARE FUILY EXHAULTED EVEN ONCE TRANSFERED I CONTIANED TO EXHAULST THROUGH THE FINAL STEP.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number: _____

c. Grounds for dismissal:
☐ frivolous ☐ malicious ☐ failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____



DEMATIO JEROME ELLIS V. MR. FONSECA,
1:24-cv-515-JPH-TAB

## VII. REQUEST FOR RELIEF

I request the following relief: TO SUE FOR MONEY DAMAGES IN THE AMOUNTS OF "FIVE Million DOllARS" PLUS EACH DEFENDANT IN THEIR INDividUAl CAPACITY FOR $500,000 IN PUNITIVE DAMAGES AND $500,000 IN COMPENSATORY DAMAGES, FOR EMOTIONAl DISTRESS, MENTAl ANGUISH, STRSS, PTSD, DEPRESSION, WORSEN CONdiTION, ATTORNEY FEES, COURT COST, EXPERTS, NORMAl DAMAGES, FUTURE MEDICAl, ANY AND All OTHER RElief ENTiTled PRO-SE DEMATIO JEROME ELLIS

_____
Original signature of attorney (if any)

DEMATIO JEROME ELlis
**Plaintiff's Original Signature**

Date: APRIL - 18 - 2024

DEMATIO JEROME Ellis
**Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate.**
Executed at NEW CASTLE FACiliTY on APRil-18-2024
(location)                                    (date)

DEMATIO JEROME Ellis
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ✓ Yes ____ No

_____

36 of 69
PAGE

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB PAGE 37 OF 69
VII CONTINUED REQUEST FOR RELIEF

FOR A TOTAL OF APPROX 25 Million
25,000,000 . OR REASONBLY Close To.
WORSEND ~~EXISTING~~ CHRONIC SERIOUS MENTAL
HEALTH AND AII OTHER RELIEF AND DAMAGES
INCLUDING NORMAl DAMAGES
"INTENTIONAl EMOTIONAl DISTRESS'
BOTH STATE AND FEDERAl RIGHT CLAIMS
INVOLVED.,

PRELIMIANARY INJUNCTION : AND
TRO, TEMPORARY RESTRAINING ORDER

BECAUSE I HAVE CONTINUED TO BE
RETALIATED UPON BY IDOC STAFF,
CONTRACT STAFF, AND INMATES
AS BEING LABELED A SNITCH

I REQUEST TO BE HOUSED IN A
SINGlE ONE PERSON CEll FOR THE
REMAINING OF THIS CASE AND
WHILE IM IN PRISON .

A FACILITY TRANSFER EVERY
3 TO 6 MONTHS

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al
1:24-CV-515-JPH-TAB PAGE 38 of 69

VII. CONTINUED   REQUEST FOR Relief

FOR ME TO GET THE SAME PRIVILEGES
AS GENERAL POPULATION AND OTHER
PROTECTED CUSTODY INMATES .,

FOR ME TO GET MY TABLET FOR
THE REMAINING OF MY SENTENCE FOR
ACCESS TO 24/7 law, CASE LAWS
AND COURT Rules AND PROCEDURE .,

TO STOP BE MISTREATED AND
HARRASSED AND RETALIATED UPON.,

TO PROVIDE ME PROTECTION TO MY
HEALTH, SAFETY, AND PROPERTY
INCLUDING legal PROPERTY

DEMAJIO JEROME ELLIS V. MR. FONSECA

United States District Court PAGE 39 OF 69

SOUTHERN District of Indiana 39 OF 69

INDIANAPOLIS Division

DEMAJIO JEROME ELLIS )
Plaintiff )
V. )
 )
MR. FONSECA, et al, )
Defendant's )

Cause No. 1:24-CV-515-JPH-TAB

**SUMMONS IN CIVIL CASE**

To:

    You have been sued by the person(s) named "plaintiff", in the court stated above. The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the plaintiff has made against you.

    You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons. You have twenty-three (23) days to answer if this summons was received by mail or judgment will be entered against you for what the plaintiff has demanded.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATE: 04/18/24

DEMAJIO JEROME ELLIS

DOC # 166896

Plaintiff *pro se*
Telephone No.: None

Clerk _____ Court

An original and one copy of each summons to be served shall be provided to the Clerk of the Court. If service is by mail, a pre-addressed envelope, with certified mail/return receipt attached, shall be prepared by plaintiff and provided to the Clerk of the Court.

F-13

DEMAJIO JEROME ELLIS VS. MR. FONSECA PAGE

1:24-CV-515-JPH-TAB et al 40 of 69

## RETURN SERVICE

| Service of Summons and Complaint was made by me 1 | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |
| **Check one box below to indicate appropriate method of service** ||

☐    Service personally upon defendant. Place where served: _____

_____

☐    Left copies there of at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and complaint were left: _____

_____

☐    Return unexecuted: _____

_____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICE | TOTAL |
| **DECLARATION OF SERVICE** |||

       I declare under penalty for perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                Signature of Server

                                                  _____
                                                    Address of Server

F-13

Appendix XV-O

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

**CLASSIFICATION APPEAL**
State Form 9260 (R / 3-92)

1:24-CV-515-JPH-TAB

DEPARTMENT OF CORRECTION

INSTRUCTIONS: 1. Intra-Facility classification appeals, send to facility head.
2. Inter-Facility Department classification appeals, send to: Director of Classification
Central office

41 of 69

| | |
|---|---|
| Name of offender DEMAJIO JEROME ELLIS | Identification number 166596 |
| Facility NEW CASTLE CORRECTIONAL FACILITY ANNEX | Housing assignment QL-105 A |

In compliance with Department of Correction procedures, I am submitting this classification appeal with ten (10) working days from the date that I was notified of the classification decision(s) and the other pertinent documents.

I hereby appeal the decision by:

| | |
|---|---|
| Name CLASSIFICATION, IDOC, CENTRAL OFFICE ALL THOSE liable, NEW CASTLE, ANNEX | Title CLASSIFICATION, IDOC, CENTRAL OFFICE N/A |
| Facility CIC, CIF, NEW CASTLE, ANNEX | Date signed CLCT REVIEW OCTOBER-13, 2023 APPROX 10-13-23 |

The decision was: TO TRANSFER ME TO THE ANNEX, NEW CASTLE WITHOUT EXPLAINING THE REASON FOR MY TRANSFER; NOT PROVIDING ME MY DUE PROCESS RIGHTS; SEGREGATING MY HOUSING; PREVENTING ME FROM PROGRAMS; RELIGIOUS ACTIVITIES; LIMITED MY MOVEMENTS; HAVE NOT EXPLAINED TO ME IF OR HOW TO APPEAL MY CLASSIFICATION. OR HOW O-UNIT WORKS OR WHAT IT IS OR WHAT I AM SUPPOSE TO DO HERE. NOT PROVIDED ME MY RESTORE OF CREDIT CLASS. AND CHANGE OF EPRD. TREAT ME WITH CRUEL AND UNUSUAL PUNISHMENT. RETALIATION ON ME FOR SUEING AND GRIEVEING CIC, CIF, IDOC STAFF. THEY ACTED KNOWINGLY, INTENTIONALLY. FACILITATE, APPROVE, CONDONED, TURNED Blind EYE. NO MEANINGFUL REVIEW.

I base my appeal on the following reasons: I AM CURRENTLY A LEVEL 4 AND I WANT TO BE TRANSFERED FROM THE ANNEX TO POPULATION, AND OR TRANSFERED TO ANOTHER FACILITY THERE IS NO PROPER HANDICAP SHOWER FOR ME AND MY CHRONIC BACK CONDITION AND PAINS STANDING, WALKING THERES NOTHING TO SIT ON IN THE SHOWER OR HELP ME STAND. I HAVE NO ACCESS TO RELIGIOUS PROGRAM ACTIVITIES; PROGRAMS, TIME CUTS. I HAVE NOT BEEN RESTORED MY CREDIT CLASS 2 THAT SHOULD HAVE BEEN RESTORED ON APPROX SEPTEMBER-8-2023. I AM AFFECTED MENTALLY AND PHYSICALLY INCLUDING UNNECESARY PROLONGED PAIN AND SUFFERING AND WORSEN MY ~~EXISTING~~ CONDITION ANXIETY, STRESS, PTSD, DEPRESSION, MENTAL ANGUISH, EMOTIONAL DISTRESS THEY ARE PROLONGING MY CONDITION OF MY FIRST CONVICTIONS. I HAVE NOT RECEIVED ADEQUATE REVIEW, HEARINGS. RETALIATION FOR SUEING AND GRIEVEING IDOC STAFF, CIC/CIF.

| | |
|---|---|
| Signature of offender DEMAJIO JEROME ELLIS | Date signed OCTOBER-23 2023 |

Response:
☐ Appeal granted   ☑ Appeal denied

Basis for denial:
SEE #2, ABOVE, TO APPEAL INTER-FACILITY MOVE TO
CENTRAL OFFICE, IDOC. REC'D NCN 8-21-23.

| Signature | Title ADA | Date signed 10-24-23 |
|---|---|---|
| T. DOWL | | |

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

**CLASSIFICATION APPEAL**

State Form 9260 (R / 3-92)

1:24-CV-515-JPH-TAB

**DEPARTMENT OF CORRECTION**



RECEIVED

NOV 0 9 2023

BY: _____

**INSTRUCTIONS:** 1. Intra-Facility classification appeals, send to facility head.
2. Inter-Facility-Department classification appeals, send to: Director of Classification
Central office

42 of 69

| Name of offender | Identification number |
|---|---|
| DEMAJIO JEROME ELLIS | # 166596 |

| Facility | Housing assignment |
|---|---|
| NEW CASTLE CORRECTIONAL FACILITY, ANNEX | 04-104-A |

In compliance with Department of Correction procedures, I am submitting this classification appeal with ten (10) working days from the date that I was notified of the classification decision(s) and the other pertinent documents.

I hereby appeal the decision by:

| Name J. FRENCH, All THOSE LIABLE AND AT FAULT, CENTRAL OFFICE, CIC, CIF, NEW CASTLE, ANNEX, CLASSIFICATION | Title AFA, & CLASSIFICATION CENTRAL OFFICE |
|---|---|

| Facility | Date signed |
|---|---|
| NEW CASTLE CORRECTIONAL FACILITY, ANNEX | OCTOBER-30-2023 |

The decision was: DENIED MY CLASSIFICATION APPEAL TO MOVE FROM ANNEX RESTRICTED HOUSING TO GO TO GENERAL POPULATION AT NEW CASTLE OR ANOTHER FACILITY; NOT TO PROVIDE A MEANINGFUL REVIEW OR REASONS FOR THEIR DECISION. RETALIATION ON ME FOR FILING GRIEVANCES AND CIVIL COMPLAINTS ON CIC, CIF STAFF, AND IDOC STAFF. NOT HAVE RESTORED MY CREDIT CLASS 2.

I base my appeal on the following reasons: I DISAGREE TO MS. J. FRENCH DECISION TO DENIED MY CLASSIFICATION TO POPULATION, AND OR TO ANOTHER FACILITY, SHE RECIEVED MY APPEAL AND DENIED IT ON OCTOBER-24-2023 WITHOUT REASON OR MEANINGFUL REVIEW SHES RETALIATING ON ME INCLUDING ANNEX, NEW CASTLE, AND MS. Kidd, MS. GARD, MR. RICHIE COUNSOLORS, UTM's, I AM HOUSED AROUND VIOLENT RECENT DISCIPLINARY AND ADMIN, DEPT-WIDE, SEGREGATED INMATES THERE HAS NOT BEEN ANY MEANINGFUL REVIEWS BEFOR MY TRANSFER TO NCCF, ANNEX OR SINCE I BEEN HERE. I WAS TRANSFERED HERE DUE TO "RETALIATION" FOR SUEING AND GRIEVANCES ON CIC, CIF, AND IDOC STAFF. I HAVE NOT GOT MY CREDIT 2, BACK WHICH SHOULD HAVE BEEN ON SEPTEMBER-8-2023. I WANT TO GO TO POPULATION HERE AT NEW CASTLE AND OR TRANSFER AS SOON AS POSSIBLE WITHIN APPROX ONE DAY THROUGH ONE WEEK OF THE DATE OF REVIEWING THIS APPEAL. I AM SUFFERING MENTALLY AND PHYSICALY IN THIS RESTRICTED HOUSING AND MENTAL ANGUISH EMOTIONAL DISTRESS, LIMITED ACTIVITIES, AND PROGRAMS, MOVEMENT

| Signature of offender | Date signed |
|---|---|
| DEMAJIO JEROME ELLIS | OCTOBER-30-2023 |

Response:
☐ Appeal granted  ☑ Appeal denied

Basis for denial:

See attached response.

| Signature | Title | Date signed |
|---|---|---|
| D. Brown | Director of Operations | 11-13-23 |

1:24-CV-515-JPH

DEMAJIO JEROME ELLIS

V.

MR. FONSECA, et al

43 of 69

PAGE

**STATE OF INDIANA**
**Department of Correction**
Indiana Government Center—South

| | | |
|---|---|---|
| **Eric J. Holcomb** | 302 W. Washington Street • Indianapolis, Indiana 46204-2738 | **Christina Reagle** |
| Governor | Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/ | Commissioner |

December 6, 2023

Demajio Ellis DOC #166596
New Castle Correctional Facility
1000 Van Nuys Rd.
New Castle, IN 47362

Dear Mr. Ellis:

Enclosed please find your Classification Appeal.

The documentation concerning your classification appeal has been carefully
examined and evaluated. The approval of the transfer request regarding you by the
Executive Director of Classification, Mr. Hendrix, and subsequent transfer on 08-
21-2023 is appropriate. This decision was based upon both overall and recent
negative adjustment along with failure to adjust. Within the last year you were
found guilty of 15 conduct violations of which 11 were major conduct violations.
The New Castle Transition Unit is a general population unit offering programming
structured to assist and provide individuals with the skills to enhance their
opportunity to adjust successfully for the duration of their incarceration.
Your participation and completion of the STAND program is recommended as it
should be noted that an additional focus of the transition unit is to promote
prosocial behavior. Your assignment to the Transition Unit is appropriate.
Concerning your credit class, it was noted that contrary to your assertion, you have
been promoted back to Credit Class 2.
**APPEAL DENIED**

Richard Brown, IDOC
··tive Director

Sevier
sor of Classification Cecil
.ket

EOE

1:24-CV-515-JPH-TAB, et al

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

44 of 69

Page

URGENT EMERGENCY

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

| | | FOR OFFICIAL USE ONLY |
|---|---|---|
| | | Grievance number |
| | | 23-175213 |

| To: Facility Grievance Specialist | Facility CIF | Date (month, day, year) MAY-24-2023 |
|---|---|---|

| From (name of offender) DEMAJIO J. ELLIS | DOC number 166596 | Signature of offender DEMAJIO J. ELLIS |
|---|---|---|

| Housing assignment 12L-2A | Date of incident (month, day, year) MAY 23-2023 | 5-23-23 |
|---|---|---|

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(*NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.*)

THIS IS ON AND AGAINST ALL THOSE LIABLE, AND AT FAULT including MR. CREAMER, ON MAY-23-23 I WAS DENIED PROTECTIVE CUSTODY AND I WAS ORDERED TO GO BACK TO CFOD 2-4 SIDE IN THE SAME CELL ASWELL, I TOLD THEM AND FILLED OUT A REQUEST FOR PROTECTIVE CUSTODY. I LET THEM KNOW THAT I WAS BEING THREATEND THAT I WAS GOING TO GET STABBED, KILLED, JUMPED, AND BEAT UP IF I COME BACK TO POPULATION AND THAT I WAS A SNITCH, AND POLICE RAT, STAFF ALLSO SAID SINCE I FILE GRIEVANCES AND LAWSUITS OUT THERE. I AM NOT GETTING PROTECTIVE CUSTODY SO GO BACK OUT THERE. I AM AFFECTED MENTALLY AND PHYSICALLY BECAUSE THEY ARE CAUSING ME STRESS, ANXIETY, FEAR, CHEST PAIN, PANIC ATTACKS EMOTIONAL DISTRESS, MENTAL ANGUISH, THEY ALL KNOWINGLY AND INTENTIONALLY ARE PUTTING ME IN DANGER THEY HAVE BEEN AWARE OF MY ISSUES FOR MONTHS WITH INMATES

State the relief that you are seeking.

TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT. TO NOT BE RETALIATED ON FOR FILING GRIEVANCE OR LAW-SUITS. TO BE PROTECTED

| Signature of Facility Grievance Specialist | Date (month, day, year) 25 May 2023 |
|---|---|

PAGE 44 of 69

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

*Go Back to Grievance Office MAY-26-2023 9:00 PM*
*THIS GRIEVANCE BEEN SIGNED ON THE BACK*
*IM RESUBMITTY JUNE 1-2023*

## Grievance Specialist Response Notice

*DEMAJIO JEROME Ellis V. MR. FONSECA, et al*

**Offender Name:** DEMAJIO ELLIS

*1:24-CV-515-JPH-TAB*

**DOC#:** 166596

**Facility:** Correctional Industrial Facility

**Bldg/Bed:** CIC, A-2, 12L

Case #:23-145213

*PAGE 45 of 69*

## Formal Grievance

**Type:** Formal Response

**Date Received:** 05/25/2023 02:23:00 PM

**Response Author:** Robert Stafford

**Responded On:** 05/25/2023 02:31:11 PM

**Decision:** Not Resolved

## Case Details

**Case Number:** 23-145213

**Grievance Status:**

## Case Data

**Unit of Complaint:** Correctional Industrial Facility

**Opened Date:** 05/25/2023 02:23:00 PM

**Grievance Stage:**

Grievance Category: Staff Complaints

## Grievance Specialist Response

**Responder Name:** Robert Stafford

**Date/Time:** 05/25/2023 02:31:11 PM

**Due Date:** 06/15/2023 02:25:13 PM

**Result:** Not Resolved

**Response:** In regards to your grievance, after reviewing all the documentation you were denied Protective Custody due to lack of information. You allege told you that since you file grievances and law suits you were not getting Protective Custody yet you identified no on specifically stating this.Grievance Addressed By: Robert Stafford, Offender Grievance Administrator and denied

⌐Override      ⌐Data Input Error      ⌐Unprocessed      ⌐Extension

**RestitutionRecommended:** No

## Grievance Specialist Approval

**Approver Name:** Robert Stafford

**Date/Time:** 05/25/2023 02:35:40 PM

**Due Date:** 06/15/2023 02:25:13 PM

**Result:** Not Resolved

**Notice:** You may elect to appeal the decision of the Grievance Specialist to the Warden or Warden Designee (form 802-1 Offender Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Specialist by
•Ensuring the grievance procedure within their assigned unit and institution has been exhausted.
•Please select an option below and sign/date

*DISAGREE*    *MAY-26-2023*
*DEMAJIO Ellis 166596*

*Cell 12-L-2 A*

DEMAJIO JEROME Ellis V. MR. FONSECA, PAGE ~~2~~ ~~of~~ ~~38~~ ~~39~~
et al. 46 of 69

⬭ Agree          🖋 Disagree

DEMAJIO ELLIS 166596

MAY-26-2023

1:24-cv-515-JPH-TAB

DEMAJIO JEROME Ellis V. MR FONSECA et at

PAGE 47 OF 69    1:24-CV-515-JPH-TAB

## GRIEVANCE APPEAL
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

FOR OFFICIAL USE ONLY

Grievance log number
23-145213

| Date form sent to offender *(month, day, year)* | Date of grievance *(month, day, year)* | |
|---|---|---|
| MAY- 26- 2023 | MAY- 24- 2023 | |
| Name of offender | DOC number | Facility |
| DEMAJIO ELLIS | 166596 | CIF |
| Housing assignment | Date grievance response received *(month, day, year)* | |
| 12- L - 2A | MAY- 25- 2023 | |

Facility level appeal:    I DISAGREE TO # 23-145213

BECAUSE I SHOULD HAVE NOT BEEN DENIED PROTECTIVE Custody.
THERE WAS ENOUGH INFORMATION, AND I HAVE A HISTORY IN THIS
FACILITY WITH INMATES AFTER ME THREATS, FIGHTS, JUMPED,
ROBBED, AND I DONT KNOW ALL THE STAFF WHO DENIED
ALSO due to FILEN GRIEVANCES And law-SUITS

| Signature of offender | Date signed *(month, day, year)* |
|---|---|
| DEMAJIO J. ELLIS | MAY-26-2023 |

| Facility level response: | |
|---|---|
| | |
| Signature of warden / designee | Date signed *(month, day, year)* |
| | |

---

***Please check the appropriate box and return this form to the Facility Grievance Specialist.***

☐ Agree with facility appeal response.

☒ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

| Signature of offender | Date signed *(month, day, year)* |
|---|---|
| DEMAJIO Ellis | JUNE -2-2023 |

**DISTRIBUTION:** Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy - Offender

DEMAJIO JEROME ELLIS V. MR. FONSECA, et al

## Grievance Manager Response Notice

1:24-CV-515- JPH-TAB

**Offender Name:** DEMAJIO ELLIS

**DOC#:** 166596

**Facility:** Correctional Industrial Facility

**Bldg/Bed:** CIC, A-2, 12L

Case #:23-145213      PAGE 48 OF 69

## Appeal To Grievance Manager

**Type:** Appeal Approve

**Date Received:** 05/25/2023 02:23:00 PM

**Response Author:** Isaac Randolph

**Responded On:** 05/25/2023 02:31:11 PM

**Decision:** Not Resolved

## Case Details

**Case Number:** 23-145213

**Grievance Status:** Not Resolved

## Case Data

**Facility of Complaint:** Correctional Industrial Facility

**Opened Date:** 05/25/2023 02:23:00 PM

**Grievance Stage:** Grievance Manager Responded

**Grievance Category:** Staff Complaints

## Appeal Grievance Response

**Responder Name:** Isaac Randolph

**Date/Time:** 06/06/2023 08:02:14 AM

**Due Date:** 06/15/2023 02:25:13 PM

**Result:** Uphold

**Response:** Your grievance appeal and all attached documents have been reviewed. I concur with the Facility level responses. Grievance Appeal Denied. Mr. I. Randolph is the Final Reviewing Authority Per Offender Grievance Process 00 02 301The above response serves for the Offender Grievance Manager for the final level of review Mr. I. Randolph. Final Reviewing Authority Offender Grievance Process 00 02 301

☐ Override          ☐ Data Input Error          ☐ Unprocessed          ☐ Extension

**RestitutionRecommended:** No

## Appeal Grievance Approval

**Approver Name:** Isaac Randolph

**Date/Time:** 06/06/2023 08:07:49 AM

**Due Date:** 06/15/2023 02:25:13 PM

**Result:** Not Resolved

**Grievance Manager:** David Shinn

DEMAJIO JEROME Ellis V. MR. FONSECA, et al



**Notice** : The decision of the Grievane Manager is final and constitutes exhaustion of all remedies within the Department.

1:24-cv-515-JPH-TAB

DEMAJIO J. ELLIS          PAGE 49 of 69

USDC IN/ND case ... ELLIS v. FONSECA ... Document 10 ... filed 04/22/24 ... page 50 of 69 ... PageID 149

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-JAB |
| DEFENDANT | TYPE OF PROCESS |
| MR. FONSECA | |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE AT
CORRECTIONAL INDUSTRIAL FACILITY

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)**

5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                               Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CHAD EVANS | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No.____ | District to Serve No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF  DEMAJIO JEROME ELLIS | COURT CASE NUMBER  1:24-CV-515-JPH-TAB |
| DEFENDANT  MR. JACK HENDRIX | TYPE OF PROCESS |

| | |
|---|---|
| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  DEPARTMENT OF CORRECTION |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  I.G.C.S  302 W. WASHINGTON ST INdianapolis, IN 46204-2738 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| DEMAJIO JEROME ELLIS #166596  THEGEOGRAPINC  NEW CASTLE CORRECTIONAL FACILITY  P.O. BOX A  NEW CASTLE. INDIANA  47362 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | | Date    Time    ☐ am  ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MS. AAPRI ~~~~~~ CLEMONS | |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT — CORRECTIONAL INDUSTRIAL FACILITY |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| 5124 W. REFORMATORY ROAD, PENDLETON, INDIANA 46064 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DEMAJIO JEROME ELLIS #166596<br>THE GEO GRUP INC<br>NEW CASTLE CORRECTIONAL FACILITY<br>P.O. BOX A<br>NEW CASTLE, INDIANA 47362 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Complete items 1 through 5 below. Complete the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PAGE

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |
| DEFENDANT MS. Allison YANCEY | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT: CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5124 W. REFORMATORY Road PENDLETON, INDIANA 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MR. LARON BRYANT | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY Road, PENDLETON, INDIANA 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                 Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No.____ | District to Serve No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode . |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS:**

PRINT 5 COPIES: 
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cr-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERTA CREAMER | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY Road PENDLETON, INDIANA 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEOGROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE. INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM 285... ELLIS V. MR. FONSECA ... PAGE 57 OF 69

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| OFFICER M.S. A. LAWN HEDGE | |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE AT

CORRECTIONAL INDUSTRIAL FACILITY

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)**

5124 W. REFORMATORY ROAD PENDLETON, INDIANA 46064

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

DEMAJIO JEROME ELLIS #166596
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):**

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS:**

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515 JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MR. M. PERRY | |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY Road, PENdlETON, INdiAnA 46064

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DEMAJIO JEROME ELLIS #166596 THE GEO GROUP INC NEW CASTLE CORRECTIONAL FACILITY P.O. Box A NEW CASTLE, INdiANA 47362 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold / Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode . | | |
|---|---|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM 285... (faded overlapping text)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| ~~S. SPEARS~~ MR. PRESTRIEDGE | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5124 W. REFORMATORY ROAD PENDLETON IN 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| DEMAJIO JEROME ELLIS #166596<br>NEW CASTLE CORRECTIONAL FACILITY<br>P.O. BOX A<br>NEW CASTLE, INDIANA 47362 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                    Fold

| | | | |
|---|---|---|---|
| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MS. WENDY KNIGHT | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY Road PENDlETON, IN 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEGRAPINC CORRECTIONAl FACility
NEW CASTlE
P.O. BOX A
NEW CASTlE, INdiANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold ___ Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above or the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.
ELLIS V. FONSECA 327
6/0/69 Pretrial Document 13 Filed 02/21/24 Page 61 of 69 PageID #160

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MR. CHARLIE K. FOX | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CORRECTIONAL INDUSTRIAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5124 W. REFORMATORY ROAD PENDLETON IN 46064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS 166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MR. BROWN | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX A, NEW CASTLE, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEOGROUP INC
NEW CASTLE CORR FACILITY
P.O. BOX A
NEW CASTLE, IN 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case 1:24-cv-00515-JPH-TAB Document 21-1 Filed 04/08/2025 Page 63 of 69 PageID 182
229

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MR. SEVIER | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW CASTLE CORRECTIONAL FACILITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX A, NEW CASTLE, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORR FACILITY
P.O. BOX A
NEW CASTLE, IN 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | | Date / Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1824-CV-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MS. CECIL | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX A, NEW CASTLE, Indiana 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GRAUP INC
NEW CASTLE CORR FACILITY
P.O. BOX A
NEW CASTLE, IN 47362.

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , trespassy, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode. |
|---|---|---|
| Address (complete only different than shown above) | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 form header text Ellis v. Fonseca 231 65 of 69 USM page ID 184

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1124-cv-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MR. RICHEY | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX A, NEW CASTLE Indiana 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THEGEOGROP INC
NEW CASTLE CORRECTIONAL Facility
P.O. BOX A
NEW CASTLE, IN 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, trespassy, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below. Case 1:24-cv-00515-JPH-TAB Document 2-3 Filed 03/18/24 Page 66 of 69 PageID #: 185

**ELLIS V. FONSECH**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MS. C. GARD | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX A, NEW CASTLE, INDIANA 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORR FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above) | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case 1:24-cv-00515-JPH-TAB Document 12 Filed 09/05/24 Page 67 of 69 PageID 186

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MS. KIDD | |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW CASTLE CORRECTIONAL FACILITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX A, NEW CASTLE, INDIANA 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|
| | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

68 of 69

PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-CV-515-JPH-TAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MR. GILBERT | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX A, NEW CASTLE, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GROUP INC
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, INDIANA 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , trespasser, corporation, etc. shown at the address inserted below.

☐ Hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Ellis V. Fonseca

69 of 69

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEMAJIO JEROME ELLIS | 1:24-cv-515-JPH-TAB |
| DEFENDANT | TYPE OF PROCESS |
| MR. TEBO | |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

NEW CASTLE CORRECTIONAL FACILITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX A, NEW CASTLE, Indiana 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DEMAJIO JEROME ELLIS #166596
THE GEO GRAUP INC
NEW CASTLE CORR FACILITY
P.O. BOX A
NEW CASTLE, IN 47362

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00