UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMAJIO JEROME ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:24-cv-00515-JPH-TAB |
| | ) |
| C. GARD MS., et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY DIRECTING REISSUANCE OF PROCESS**

The Court screened Plaintiff's complaint on June 24, 2024, and issued process to Defendant Richey. Dkts. 14, 15. The Court then granted Plaintiff's motion to reconsider and issued process to Defendant Brown. Dkts. 27, 28. Neither of these defendants have waived service or responded to the complaint. Counsel for GEO Defendants filed an ex-parte notice with the full names and last known addresses of these individuals. Dkt. 69. These individuals' addresses will remain restricted at this time and will be used for the limited purpose of effecting service.

The **clerk is directed** to update the docket to reflect that the complete names of these defendants are Evan Brown and Brennan Ritchie. The **clerk is then directed** pursuant to Fed. R. Civ. P. 4(c)(3) to reissue process to Defendants Brown and Ritchie. Process shall consist of the amended complaint, dkt. [15], screening order, dkt. [14], order granting motion to reconsider screening order, dkt. [27], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 2/5/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

DEMAJIO JEROME ELLIS
166596
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

All Electronically Registered Counsel

Evan Brown
Restricted Address at Dkt. 69

Brennan Ritchie
Restricted Address at Dkt. 69