UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEMAJIO JEROME ELLIS,                    )
                                         )
                    Plaintiff,           )
                                         )
             v.                          )        No. 1:24-cv-00515-JPH-TAB
                                         )
C. GARD MS., et al.,                     )
                                         )
                    Defendants.          )

# SUMMONS IN A CIVIL ACTION

TO: Evan Brown

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon the plaintiff, Demajio Ellis, DOC # 166596, New Castle Correctional Facility, 1000 Van Nuys Road, PO Box E, New Castle, IN 47362, an answer to the amended complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Kristine L. Seufert_
_____          _____
Kristine L. Seufert, Clerk                       5/1/2025
                                                 Date

*CLERK OF COURT, Kristine L. Seufert*

BY: _____
                *Deputy Clerk*